**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |  |
|---|---|---|---|
| STEVEN W. WOODSON, JR., | ) | | |
| **Plaintiff,** | ) | | |
| | ) | **C.A. No. 20-288 Erie** | |
| | ) | | |
| **v.** | ) | | |
| | ) | **District Judge Susan Paradise Baxter** | |
| CHARLES CRISSMAN, et al., | ) | **Chief Magistrate Judge Richard A.** | |
| **Defendants.** | ) | **Lanzillo** | |
| | ) | | |

## **MEMORANDUM ORDER**

Plaintiff Steven W. Woodson, Jr., an inmate formerly incarcerated at the State Correctional Institution at Forest, Pennsylvania ("SCI-Forest"),[1] initiated this civil rights action by filing a *pro se* complaint pursuant to 42 U.S.C. § 1983, on September 28, 2020. He subsequently filed an amended complaint on March 15, 2021 [ECF No. 27], which is the operative pleading in this case. Named as Defendants are the following staff members at SCI-Forest: Psychological Services Specialists Charles Crissman and Jodi Sheesly, CRNP Angel Gressel, and corrections officers Scott C. Smith and Buck Hetrick (all Defendants other than Defendant Gressel are employees of the Pennsylvania Department of Corrections ("DOC") and will hereafter be referred to as "DOC Defendants").  Plaintiff alleges that Defendants violated his Eighth and Fourteenth Amendment rights by deliberately ignoring his frequent threats to commit acts of self-harm, and has also asserted a state law claim of negligence.

This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and

---

[1] Plaintiff is currently incarcerated at SCI-Benner Township.

Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was subsequently assigned to the undersigned, as presiding judge, with Judge Lanzillo remaining as the referred Magistrate Judge for all pretrial proceedings.

Following discovery, Plaintiff filed a motion for summary judgment on January 6, 2023 [ECF No. 100], and Defendant Gressel and the DOC Defendants each filed a motion for summary judgment on May 19, 2023 [ECF Nos. 120 and 126, respectively]. All motions were fully briefed by the parties.

On August 1, 2023, Judge Lanzillo issued a Magistrate Judge's Report and Recommendation ("R&R") recommending that each of Defendants' motions for summary judgment be granted on all claims in this case, and that Plaintiff's motion for summary judgment be denied. [ECF No. 146]. Objections to the R&R were filed by Plaintiff on August 18, 2023. [ECF No. 148]. In his objections, Plaintiff primarily challenges Judge Lanzillo's finding that there is "ample evidence in the record to establish that Gressel, Crissman, and Sheesley each exercised medical judgment and provided Woodson with 'some level of medical care' prior to the self-harm incident on January 10, 2020." (ECF No. 146, at p. 12). In addition, Plaintiff disputes the finding that Plaintiff has failed to adduce any evidence to support his allegation that Defendant Hetrick significantly delayed calling for help after discovering the Hetrick had cut himself. (Id. at 18); however, Plaintiff has not cited any persuasive legal authority to support his objections, nor has he credibly demonstrated error in the Magistrate Judge's analysis of the evidence of record. [2]

---

[2] The Court notes that Plaintiff has not raised any objection to the R&R's recommendation to dismiss Plaintiff's claim against Defendant Smith, and the only "objection" raised as to the recommendation to dismiss Plaintiff's negligence claim against Defendant Gressel is that the claim "has been unequivocally proven." (ECF No. 148, at p. 12).

Thus, after *de novo* review of the complaint and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 28th day of August, 2023;

IT IS HEREBY ORDERED that Defendants' motions for summary judgment [ECF Nos. 120, 126] are GRANTED, and judgment is entered in favor of Defendants and against Plaintiff on all claims in this case, while Plaintiff's motion for summary judgment [ECF No. 100] is DENIED. The report and recommendation of Chief Magistrate Judge Lanzillo, issued August 1, 2023 [ECF No. 146], is adopted as the opinion of the court.

The Clerk is directed to mark this case closed.

SUSAN PARADISE BAXTER
United States District Judge

cc:     The Honorable Richard A. Lanzillo
        Chief U.S. Magistrate Judge